Willie HINES, Jr., Plaintiff—Appellant,

and

David D. Smith; Kedric Lamar Whitmore, Plaintiffs,

v.

Jon E. OZMINT, Defendant—Appellee.

No. 04–6058.

United States Court of Appeals, Fourth Circuit.

Submitted May 13, 2004.

Decided May 18, 2004.

Willie Hines, Jr., Appellant pro se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellee.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie Hines, Jr., seeks to appeal the district court's order determining that his 42 U.S.C. § 1983 (2000) action, which he filed with three other inmates, was not appropriate for class certification and severing the action into four separate·lawsuits. He also seeks to appeal a subse-

903

quent scheduling order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Hines seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*